IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JULES ARMAND CHE SIEW ACHUO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:11-cv-01750-RDP-JEO |
| ) | |
| ERIC HOLDER, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION AND ORDER

Petitioner, Jules Armand Che Siew Achuo, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He asserts that he has been denied release pending repatriation to Cameroon.

On June 9, 2011, the court received notice that Petitioner has been released. Because it is evident that Petitioner is no longer in custody, his petition for a writ of habeas corpus is due to be and hereby is **DISMISSED** as **MOOT**.[1]

**DONE** and **ORDERED** this ___14th___ day of June, 2011.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the court's Order to Show Cause (Doc. #2), which was mailed to Petitioner on May 27, 2011, was returned to the court on June 9, 2011, marked "Return to Sender Released." (Doc. #3).